IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KAVIN CARTER,

       Appellant,

v.                                          CIVIL NO. 05-2299 B/V

CITIFINANCIAL MORTGAGE COMPANY, INC.,
ETAL.,

       Appellees.

Bankruptcy No. 04-38972    Adversary No.

## ORDER SETTING SCHEDULING IN BANKRUPTCY APPEAL

The above-referenced matter was docketed in this court on 22nd day of April, 2005. Pursuant to Bankruptcy Rule 8009(a), the following schedule shall be followed:

1. The appellant shall serve and file a brief within 15 days of the entry of this Order.

2. The appellee shall serve and file a response brief within 15 days of the service of appellant's brief. If a cross-appeal is filed, the brief on the cross-appeal shall contain the issues and arguments pertinent to the cross-appeal and be so designated.

3. The appellant may serve and file a reply brief within 10 days of the service of appellee's brief.

4. If appellee has filed a cross-appeal, the appellee may file and serve a reply brief to appellant's response within 10 days after the service of the reply brief of the appellant.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-27-05

No further briefs shall be filed without leave of Court.

Entered this 27th day of May, 2005.

                                            ROBERT R. Di TROLIO, CLERK

                              BY: _[signature]_
                                        Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02299 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

George W. Stevenson
Chapter 13 Trustee
200 Jefferson
Suite 1113
Memphis, TN 38103

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Kavin Marquis Carter
6894 Rockbrook Dr
Memphis, TN 38141

Melissa L. Palo
UNION AVENUE LAW FIRM
200 Jefferson
Ste. 750
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT