FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 15 AM 11:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| KAVIN M. CARTER, | X | |
| Appellant, | X | |
| vs. | X | No. 05-2299-B/V |
| | X | Bankruptcy No. 04-28972-JDL |
| CITIFINANCIAL MORTGAGE CO., et al., | X | |
| Appellee. | X | |

ORDER OF DISMISSAL

On April 6, 2005, Kavin M. Carter filed a <u>pro se</u> notice of appeal with the United States Bankruptcy Court for the Western District of Tennessee in connection with an order issued on March 24, 2005 in this adversary proceeding, Bankruptcy Case. No. 04-28972-JDL. The appeal was docketed in this Court on April 22, 2005. On May 27, 2005, the Clerk issued a scheduling order that required, <u>inter alia</u>, Carter to serve and file a brief within fifteen (15) days. The time set by the scheduling order has passed, and Carter has neither filed a brief nor requested an extension of time in

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 8-15-05



which to do so. Accordingly, the Court DISMISSES the appeal with prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 12th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02299 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Melissa L. Palo
UNION AVENUE LAW FIRM
200 Jefferson
Ste. 750
Memphis, TN 38103

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

George W. Stevenson
Chapter 13 Trustee
200 Jefferson
Suite 1113
Memphis, TN 38103

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Kavin Marquis Carter
6894 Rockbrook Dr
Memphis, TN 38141

Honorable J. Breen
US DISTRICT COURT