FILED BY ⟨illegible⟩ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 AUG 16 AM 11:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| KAVIN M. CARTER, | JUDGMENT IN A CIVIL CASE |
| Appellant, | |
| v. | |
| CITIFINANCIAL MORTGAGE CO., et al., | CASE NO: 2:05-2299-B |
| Appellee. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on August 15, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

*/s/ J. Daniel Breen*
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/16/05
Date

THOMAS M. GOULD
Clerk of Court

*/s/ Earline Drayer*
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02299 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Melissa L. Palo
UNION AVENUE LAW FIRM
200 Jefferson
Ste. 750
Memphis, TN 38103

George W. Stevenson
Chapter 13 Trustee
200 Jefferson
Suite 1113
Memphis, TN 38103

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Kavin Marquis Carter
6894 Rockbrook Dr
Memphis, TN 38141

Honorable J. Breen
US DISTRICT COURT